IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02369-MSK-MJW

UNITED STATES OF AMERICA,

       Petitioner,

v.

GARY LUCKNER and
MICHELLE M. LUCKNER,

       Respondents.

---

**ORDER DISMISSING CLAIMS AGAINST
RESPONDENT MICHELLE M. LUCKNER**

---

Before the Court is the Petitioner's Motion to Dismiss **(#7)** all claims against Respondent Michelle M. Luckner, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the motion **(#7)** is **GRANTED**.  All claims against Respondent Michelle M. Luckner are **DISMISSED,** without prejudice.  The caption is hereby amended to delete reference to Michelle M. Luckner.

Dated this 9th day of February, 2007

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge